UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE L. INGRAM,

        Plaintiff,

vs.                                                       Case No. 8:07-cv-1591-JDW-TBM

MICHAEL J. ASTRUE,
Commissioner of the United States
Social Security Administration,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that the decision of the Commissioner of the United States Social Security Administration denying Plaintiff's applications for Social Security disability benefits and Supplemental Security Income payments be affirmed. (Dkt. 16). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court agrees with the Magistrate Judge's thorough and well-reasoned determination that the Commissioner's decision comports with applicable legal standards and is supported by substantial evidence. Accordingly, it is **ORDERED AND ADJUDGED**:

    1)    The Report and Recommendation (Dkt. 16) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

1

2) The decision of the Commissioner of the United States Social Security Administration is affirmed.

3) All pending motions are **DENIED** as moot.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 28th day of July, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record